Honorable Christopher M. Alston
Hearing date: October 29, 2021; 9:30 a.m.
Hearing Place: **Telephonic Hearing**
Responses due by: October 22, 2021

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| ANN PAXTON EL-MOSLIMANY, | Bankruptcy No. 20-13149-CMA |
| Debtor(s). | TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING ABANDONMENT OF PROPERTY OF THE ESTATE |

COMES NOW the trustee, Nancy L. James, through counsel, The Livesey Law Firm, and Rory C. Livesey, and moves this Court for an order authorizing the trustee to abandon the following property: the bankruptcy estate's interest in the real property located at 2655 S.W. 151st Place, Burien, Washington 98166, legally described as Lot 12 of Seahurst-West, as per plat recorded in Volume 80 of Plats, page 45, records of King County, Washington ("the Property"). The estate has a 50 percent interest in the Property. The other 50 percent is owned by the Samia El-Moslimany estate (Case No. 18-14820). Samia El-Moslimany is the debtor's daughter.

The Property has an estimated value of $1.3 million. *See* Docket No. 87. It is subject to two deeds of trust with a combined minimum estimated balance of approximately $850,000. (*See* Docket No. 43.) After deducting the two deeds of trust, the estate's 50 percent interest is estimated to be $225,000. The debtor has claimed a $125,000 homestead in the Property. The next encumbrance is a recorded judgment lien with a balance of approximately $350,000. The Property is over-encumbered. It is both burdensome and of inconsequential value to the estate.

**TRUSTEE'S MOTION FOR AN ORDER
AUTHORIZING ABANDONMENT OF
PROPERTY OF THE ESTATE**
210920aMot  Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 20-13149-CMA    Doc 110    Filed 09/29/21    Ent. 09/29/21 10:33:33    Pg. 1 of 2

Moreover, the Property is being abandoned pursuant to the terms of an Settlement Agreement approved by Court order dated August 24, 2021 (*See* Docket No. 104). This motion to abandon was anticipated in the motion to approve the settlement (*See* Docket No. 85) and the notice to creditors.

WHEREFORE, the trustee moves this Court for an order allowing the trustee to abandon the Property above mentioned.

RESPECTFULLY SUBMITTED this 29th day of September, 2021.

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Attorney for Nancy L. James, Trustee

**TRUSTEE'S MOTION FOR AN ORDER
AUTHORIZING ABANDONMENT OF
PROPERTY OF THE ESTATE**
210920aMot  Page 2

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 20-13149-CMA    Doc 110    Filed 09/29/21    Ent. 09/29/21 10:33:33    Pg. 2 of 2